**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jeffrey D. Kaliel | SBN: 238293<br>KALIEL GOLD PLLC<br>1100 15th Street NW, 4th Floor  4th Washington, DC 20009<br>TELEPHONE NO.: (202) 350-4783 | FAX NO. (424) 342-4129 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs and the Putative Class | |

**UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA**
   STREET ADDRESS: 455 GOLDEN GATE 5th Floor
   MAILING ADDRESS:
   CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
   BRANCH NAME: NORTHERN DISTRICT

| PLAINTIFF: ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR,<br>DEFENDANT: DISCORD INC. | CASE NUMBER:<br>3:23-cv-05385-AGT |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Putative Class |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Order Setting Initial Case Management Conference**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Discord Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Diana Ruiz, Process Specialist at CT Corporation System - registered agent for service.**
4. Address where the party was served: **330 N Brand Blvd<br>Glendale, CA 91203**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/29/2023**   (2) at *(time)*: **10:25 AM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/40721

| | |
|---|---|
| PETITIONER: ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, | CASE NUMBER: 3:23-cv-05385-AGT |
| RESPONDENT: DISCORD INC. | |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*                                  (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of *(specify):* **Discord, Inc.**
     under the following Code of Civil Procedure section:
     - ☑ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   a. Name: **DAVID CARD - Apex Legal Services**
   b. Address: **611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017**
   c. Telephone number: **(213) 488-1500**
   d. **The fee** for service was: **$ .00**
   e. I am:
      - (1) ☐ not a registered California process server.
      - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      - (3) ☑ registered California process server:
        - (i) ☐ owner    ☑ employee    ☐ independent contractor.
        - (ii) Registration No.: **2018-139609**
        - (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/4/2023**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

APEX LEGAL SERVICES

**DAVID CARD**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶    *(signature)*
                                                                   (SIGNATURE)

POS-010 [Rev January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2
                                                                                            POS-010/40721