**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jeffrey D. Kaliel | SBN: 238293<br>KALIEL GOLD PLLC<br>1100 15th Street NW, 4th Floor  4th Washington, DC 20009<br>TELEPHONE NO.: (202) 350-4783 | FAX NO. (424) 342-4129 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs and the Putative Class: | |

**UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 455 GOLDEN GATE 5th Floor
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF: ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR,
DEFENDANT: DISCORD INC.

CASE NUMBER: 3:23-cv-05385-AGT

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Putative Class

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Order Setting Initial Case Management Conference
3. a. Party served *(specify name of party as shown on documents served)*:
   **Discord Inc.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Diana Ruiz, Process Specialist at CT Corporation System - registered agent for service.**

4. Address where the party was served: **330 N Brand Blvd
   Glendale, CA 91203**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **11/29/2023** (2) at *(time)*: **10:25 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/40721

| PETITIONER: ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, | CASE NUMBER: 3:23-cv-05385-AGT |
|---|---|
| RESPONDENT: DISCORD INC. | |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1) on *(date):*                                    (2) from *(city):*

       (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

       (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☑ On behalf of *(specify):* **Discord, Inc.**
       under the following Code of Civil Procedure section:

       ☑ 416.10 (corporation)                       ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                             ☐ 415.46 (occupant)
                                                                      ☐ other:

7. **Person who served papers**
    a. Name: **DAVID CARD - Apex Legal Services**
    b. Address: **611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017**
    c. Telephone number: **(213) 488-1500**
    d. **The fee** for service was: **$ .00**
    e. I am:

       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ registered California process server:
            (i) ☐ owner        ☑ employee        ☐ independent contractor.
            (ii) Registration No.: **2018-139609**
            (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/4/2023**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

_____  ▶  _____
           **DAVID CARD**                                          (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)