| | |
|---|---|
| 1 | QUYEN L. TA (CA SBN 229956) |
| | QTa@kslaw.com |
| 2 | **KING & SPALDING LLP** |
| | 50 California Street, Suite 3300 |
| 3 | San Francisco, CA 94111 |
| 4 | Telephone:    (415) 318-1200 |
| | Facsimile:     (415) 318-1300 |
| 5 | |
| | ALVIN LEE (*pro hac vice forth coming*) |
| 6 | Alvin.Lee@kslaw.com |
| | **KING & SPALDING LLP** |
| 7 | 1185 Avenue of the Americas, 34th Floor |
| | New York, NY 10036 |
| 8 | Telephone:    (212) 556-2100 |
| | Facsimile:     (212) 556-2222 |
| 9 | |
| | Attorneys for Defendant |
| 10 | DISCORD INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, on behalf of herself and all others similarly situated, | Case No.  3:23-cv-05385-AGT |
| | **NOTICE OF APPEARANCE OF QUYEN L. TA** |
| Plaintiff, | |
| vs. | |
| DISCORD INC., | |
| Defendant. | |

NOTICE OF APPEARANCE OF QUYEN L. TA

1  Notice is hereby given that the undersigned attorney, Quyen L. Ta of King & Spalding
2  LLP, is entering an appearance as counsel in this matter on behalf of Discord Inc.  The
3  undersigned requests that all notices, orders, and other information in this case be served upon her
4  at the address below:

> Quyen L. Ta (SBN #229956)
> qta@kslaw.com
> KING & SPALDING LLP
> 50 California Street, Suite 3300
> San Francisco, California 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300

Dated: December 19, 2023                    Respectfully submitted,

                                            KING & SPALDING LLP


                                            By: /s/ Quyen L. Ta
                                                 Quyen L. Ta

                                            Attorney for Defendant DISCORD INC.