**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
 qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    (415) 318-1200
Facsimile:     (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
 alvin.lee@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

Attorneys for Defendant
DISCORD INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-AGT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Complaint Filed:  October 20, 2023<br>Complaint Served:  November 29, 2023<br>Current Response Date: December 20, 2023<br>New Response Date: January 19, 2024<br><br>**CLASS ACTION** |

Plaintiff Zhea Zhea Zarecor as Personal Representative of Zhea Zarecor Salazar ("Plaintiff Zarecor") and Defendant Discord Inc. ("Discord"), pursuant to Local Rule 6-1, hereby stipulate to the following extension of time for Discord to respond to the Complaint:

**WHEREAS**, on October 20, 2023, Plaintiff Zarecor filed her Complaint alleging, on behalf of herself as personal representative of Zhea Zarecor Salazar and a proposed nationwide class, violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.), violations of California's Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750, et seq.), violations of California Business and Professional Code §§ 17500, et seq., violations of Texas' Deceptive Trade Practices-Consumer Protection Act ("DTPA"), and unjust enrichment by Discord;

**WHEREAS**, on November 29, 2023, Plaintiff Zarecor served her Complaint on Discord;

**WHEREAS**, pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, Discord's response to the Complaint is due on December 20, 2023;

**WHEREAS**, Discord conferred with Plaintiff's counsel and requested that Plaintiff agree to extend the time for Discord to respond to the Complaint to January 19, 2024 (a 30-day extension);

**WHEREAS**, Plaintiff has agreed to Discord's request to extend the time for Discord to respond to the Complaint to January 19, 2024;

**WHEREAS**, the requested extension will not affect any dates set by the court; and

**WHEREAS**, this is the first request by the parties for an extension of time for Discord to respond to the Complaint.

**IT IS HEREBY STIPULATED** by and between the parties that Discord's date to respond to the Complaint, by answer, motion, or otherwise, is extended to and including **January 19, 2024**.

Dated: December 19, 2023　　　　**KALIELGOLD PLLC**

By:/s/ Sophia G. Gold
JEFFREY D. KALIEL
SOPHIA G. GOLD
SCOTT EDELSBERG

Attorneys for Plaintiff

Dated: December 19, 2023　　　　**KING & SPALDING LLP**

By: /s/ Quyen L. Ta
Quyen L. Ta
Alvin Lee

Attorneys for Defendant
DISCORD INC.

### L.R. 5-1 ATTESTATION

I, Quyen L. Ta, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:　　/s/Quyen L. Ta
　　　　Quyen L. Ta