**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
  qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
  alvin.lee@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendant
DISCORD INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>  Defendant. | Case No. 3:23-cv-05385-AGT<br><br>**DISCORD INC.'S CORPORATE DISCLOSURE STATEMENT** |

## RULE 7.1 DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Defendant Discord Inc. states:

1. Discord has no parent corporation.
2. No publicly held corporation owns 10 percent or more of Discord's stock.

Dated: December 21, 2023

**KING & SPALDING LLP**

By: */s/ Quyen L. Ta*
Quyen L. Ta
Alvin Lee

Attorneys for Defendant
DISCORD INC.