**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
 qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    (415) 318-1200
Facsimile:    (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
alvin.lee@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

Attorneys for Defendant
DISCORD INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-AGT<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

## CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: December 21, 2023          **KING & SPALDING LLP**

By: */s/ Quyen L. Ta*
Quyen L. Ta
Alvin Lee

Attorneys for Defendant
DISCORD INC.