**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
 qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     (415) 318-1200
Facsimile:      (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
 alvin.lee@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:     (212) 556-2100
Facsimile:      (212) 556-2222

Attorneys for Defendant
DISCORD INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>                    Defendant. | Case No. 3:23-cv-05385-AGT<br><br>**STIPULATION TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed:  October 20, 2023<br>Complaint Served:  November 29, 2023<br>Current Response Date: January 19, 2024<br><br>Current Initial Case Management Conference Date:  January 19, 2024<br>New Initial Case Management Conference Date: February 19, 2024 or later.<br><br>**CLASS ACTION** |

Plaintiff Zhea Zhea Zarecor as Personal Representative of Zhea Zarecor Salazar ("Plaintiff Zarecor") and Defendant Discord Inc. ("Discord"), pursuant to Local Rules 6-1, 6-2, and 16-2, hereby submit the following stipulation for a temporary adjournment of the Initial Case Management Conference currently scheduled for January 19, 2024 (Dkt. No. 4):

**WHEREAS**, on October 20, 2023, Plaintiff Zarecor filed her Complaint alleging, on behalf of herself as personal representative of Zhea Zarecor Salazar and a proposed nationwide class, violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.), violations of California's Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750, et seq.), violations of California Business and Professional Code §§ 17500, et seq., violations of Texas' Deceptive Trade Practices-Consumer Protection Act ("DTPA"), and unjust enrichment by Discord;

**WHEREAS**, on November 29, 2023, Plaintiff Zarecor served her Complaint on Discord;

**WHEREAS**, on December 19, 2023, the parties filed a Stipulation to Extend Time to Respond to Complaint (Dkt. No. 9), pursuant to which Discord's current deadline to respond to the complaint is January 19, 2024;

**WHERAS**, the Initial Case Management Conference in this matter is currently set for January 19, 2024 (Dkt. No. 4);

**WHEREAS,** the parties have conferred and hereby jointly request an adjournment of the Initial Case Management Conference for at least thirty (30) days to a date convenient for the court, in order to permit recently retained counsel for Discord sufficient time to meaningfully participate in meet-and-confer efforts, including a Federal Rule of Civil Procedure 26(f) conference, as well as to allow the parties time to explore the possibility of an early resolution of this matter; and

**WHEREAS**, the parties' requested adjournment of the Initial Case Management Conference is not expected to impact the schedule for this case given that the case is in its infancy.

**IT IS HEREBY STIPULATED** by and between the parties that the Initial Case Management Conference be adjourned for at least thirty (30) days after January 19, 2024 to a date convenient for the court.

Dated: December 21, 2023                **KALIELGOLD PLLC**

By: */s/ Sophia G. Gold*
JEFFREY D. KALIEL
SOPHIA G. GOLD
SCOTT EDELSBERG

Attorneys for Plaintiff


Dated: December 21, 2023                **KING & SPALDING LLP**

By: */s/ Quyen L. Ta*
Quyen L. Ta
Alvin Lee

Attorneys for Defendant
DISCORD INC.


## L.R. 5-1 ATTESTATION

I, Quyen L. Ta, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:   */s/Quyen L. Ta*
        Quyen L. Ta