1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-AGT<br><br>[PROPOSED] ORDER TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)<br><br>Complaint Filed:  October 20, 2023<br>Complaint Served:  November 29, 2023<br>Current Response Date: January 19, 2024<br>New Response Date: January 19, 2024<br><br>Current Initial Case Management Conference Date:  January 19, 2024<br>New Initial Case Management Conference Date: February 19, 2024 or later.<br><br>**CLASS ACTION** |

The Court, having considered the Parties' Stipulation to Temporarily Adjourn Initial Case Management Conference, and finding good cause therefore, hereby ORDERS that the Initial Case Management Conference is reset from January 19, 2024 to   February 23, 2024 at 2:00 PM   .

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 22, 2023

_____
HON. ALEX G. TSE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE