1

**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
50 California Street, Suite 3300
San Francisco, CA 94111
Email: *qta@kslaw.com*
Telephone:    (415) 318-1200
Facsimile:     (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Email: *alvin.lee@kslaw.com*
Telephone:    (212) 556-2100
Facsimile:     (212) 556-2222

*Attorneys for Defendant*
DISCORD INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>        Defendant. | Case No. 3:23-cv-05385-JSC<br><br>**SECOND STIPULATION TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed:  October 20, 2023<br>Complaint Served:  November 29, 2023<br>Current Response Date:  January 19, 2024<br>New Response Date:  February 19, 2024<br><br>Current Initial Case Management Conference Date:  February 23, 2024<br>New Initial Case Management Conference Date:  March 25, 2024 or later<br><br>**CLASS ACTION** |

1      Plaintiff Zhea Zhea Zarecor as Personal Representative of Zhea Zarecor Salazar ("Plaintiff
2    Zarecor") and Defendant Discord Inc. ("Discord"), pursuant to Local Rules 6-1, 6-2, and 16-2, hereby
3    submit the following stipulation for a temporary adjournment of the Initial Case Management
4    Conference currently scheduled for January 19, 2024 (Dkt. No. 4):

5      **WHEREAS**, on October 20, 2023, Plaintiff Zarecor filed her Complaint alleging, on behalf of
6    herself as personal representative of Zhea Zarecor Salazar and a proposed nationwide class, violations
7    of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.), violations of
8    California's Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750, et seq.), violations of
9    California Business and Professional Code §§ 17500, et seq., violations of Texas' Deceptive Trade
10    Practices-Consumer Protection Act ("DTPA"), and unjust enrichment by Discord;

11      **WHEREAS**, on November 29, 2023, Plaintiff Zarecor served her Complaint on Discord (Dkt.
12    No. 6);

13      **WHEREAS**, on December 19, 2023, the parties filed a Stipulation to Extend Time to Respond
14    to Complaint (Dkt. No. 9);

15      **WHERAS**, the Initial Case Management Conference in this matter was initially set for
16    January 19, 2024 (Dkt. No. 4);

17      **WHEREAS**, the parties conferred and jointly filed a stipulated request for an adjournment of
18    the Initial Case Management Conference for at least thirty (30) days to a date convenient for the court,
19    in order to permit recently retained counsel for Discord sufficient time to meaningfully participate in
20    meet-and-confer efforts, including a Federal Rule of Civil Procedure 26(f) conference, as well as to
21    allow the parties time to explore the possibility of an early resolution of this matter (Dkt. No.12);

22      **WHEREAS**, the court entered an order temporarily adjourning the Initial Case Management
23    Conference until February 23, 2024 (Dkt. No. 13);

24      **WHEREAS**, the parties are engaged in preliminary discussions regarding the possibility of an
25    early resolution of this matter, and have conferred and hereby jointly request an adjournment of the
26    Initial Case Management Conference for at least thirty (30) days to a date convenient for the court, in
27    order to allow the parties time to engage in further discussions regarding the possibility of an early
28    resolution of this matter;

1        **WHEREAS**, this is the second stipulated request by the parties for a temporarily adjournment

2  of the Initial Case Management Conference; and

3        **WHEREAS**, the parties' requested adjournment of the Initial Case Management Conference

4  is not expected to impact the schedule for this case given that the case is in its infancy.

5        **IT IS HEREBY STIPULATED** by and between the parties that the Initial Case Management

6  Conference be adjourned for at least thirty (30) days after February 23, 2024 to a date convenient for

7  the court.

8

9  Dated: January 17, 2024        **KALIELGOLD PLLC**

10

11                          By:*/s/ Sophia G. Gold*_____

12                             JEFFREY D. KALIEL

                              SOPHIA G. GOLD

13                             SCOTT EDELSBERG

14                             Attorneys for Plaintiff

15  Dated: January 17, 2024        **KING & SPALDING LLP**

16

17                          By*: /s/ Quyen L. Ta*_____

18                             QUYEN L. TA

                             ALVIN LEE

19

20                             Attorneys for Defendant

                             DISCORD INC.

21

22                       **L.R. 5-1 ATTESTATION**

23      I, Quyen L. Ta, attest that all signatories listed herein, and on whose behalf this filing is

24  submitted, concur in this filing's content and have authorized this filing.

25                       By:     */s/Quyen L. Ta*_____

26                                QUYEN L. TA

27

28