1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-JSC<br><br>**[PROPOSED] ORDER TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed: October 20, 2023<br>Complaint Served: November 29, 2023<br>Current Response Date: January 19, 2024<br>New Response Date: February 19, 2024<br><br>Current Initial Case Management Conference Date: February 23, 2024<br>New Initial Case Management Conference Date: March 25, 2024 or later<br><br>**<u>CLASS ACTION</u>** |

The Court, having considered the Parties' Stipulation to Temporarily Adjourn Initial Case Management Conference, and finding good cause, therefore, hereby ORDERS that the Initial Case Management Conference is reset from February 23, 2024 to _____.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE