UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-JSC<br><br>[~~PROPOSED~~] **ORDER TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed:  October 20, 2023<br>Complaint Served:  November 29, 2023<br>Current Response Date:  January 19, 2024<br>New Response Date:  February 19, 2024<br><br>Current Initial Case Management Conference Date:  February 23, 2024<br>New Initial Case Management Conference Date:     March 25, 2024 or later<br><br>**CLASS ACTION** |

| | |
|---|---|
| 1 | The Court, having considered the Parties' Stipulation to Temporarily Adjourn Initial Case |
| 2 | Management Conference, and finding good cause, therefore, hereby ORDERS that the Initial Case |
| 3 | Management Conference is reset from February 23, 2024 to __April 4, 2024_____. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 19, 2023

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE

1
[~~PROPOSED~~] ORDER TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE