**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
50 California Street, Suite 3300
San Francisco, CA 94111
Email: *qta@kslaw.com*
Telephone:   (415) 318-1200
Facsimile:   (415) 318-1300

ALVIN LEE (*pro hac vice* forthcoming)
1185 Avenue of the Americas
34th Floor
New York, NY 10036-2601
Email: *alvin.lee@kslaw.com*
Telephone:   (212) 556-2100
Facsimile:   (212) 556-2222

*Attorneys for Defendant*
DISCORD INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>                   Defendant. | Case No. 3:23-cv-05385-JSC<br><br>**THIRD STIPULATION TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed:   October 20, 2023<br>Complaint Served: November 29, 2023<br>Response Date:     March 25, 2024<br><br>Current Initial Case Management Conference Date: April 4, 2024<br>New Initial Case Management Conference Date:   June 4, 2024 or later<br><br>**CLASS ACTION** |

THIRD STIPULATION TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Zhea Zhea Zarecor as Personal Representative of Zhea Zarecor Salazar ("Plaintiff Zarecor") and Defendant Discord Inc. ("Discord"), pursuant to Local Rules 6-1, 6-2, and 16-2, hereby submit the following stipulation for a temporary adjournment of the Initial Case Management Conference currently scheduled for April 4, 2024 (Dkt. No. 22):

**WHEREAS**, on October 20, 2023, Plaintiff Zarecor filed her Complaint alleging, on behalf of herself as personal representative of Zhea Zarecor Salazar and a proposed nationwide class, violations of California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.), violations of California's Consumer Legal Remedies Act ("CLRA") (Cal. Civ. Code § 1750, et seq.), violations of California Business and Professional Code §§ 17500, et seq., violations of Texas' Deceptive Trade Practices-Consumer Protection Act ("DTPA"), and unjust enrichment by Discord;

**WHEREAS**, on November 29, 2023, Plaintiff Zarecor served her Complaint on Discord (Dkt. No. 6);

**WHERAS**, the Initial Case Management Conference in this matter was initially set for January 19, 2024 (Dkt. No. 4);

**WHEREAS**, the parties conferred and jointly filed a stipulated request for an adjournment of the Initial Case Management Conference for at least thirty (30) days to a date convenient for the court, in order to permit recently retained counsel for Discord sufficient time to meaningfully participate in meet-and-confer efforts, including a Federal Rule of Civil Procedure 26(f) conference, as well as to allow the parties time to explore the possibility of an early resolution of this matter (Dkt. No.12);

**WHEREAS**, the court entered an order temporarily adjourning the Initial Case Management Conference until February 23, 2024 (Dkt. No. 13);

**WHEREAS**, the parties conferred and jointly filed a second stipulated request for an adjournment of the Initial Case Management Conference for at least thirty (30) days to a date convenient for the court, in order to facilitate preliminary discussions regarding the possibility of an early resolution (Dkt. No.21);

**WHEREAS**, the court entered an order temporarily adjourning the Initial Case Management Conference until April 4, 2024 (Dkt. No. 22);

**WHEREAS**, the parties are engaged in productive discussions regarding early resolution of

this matter, and have conferred and hereby jointly request a further adjournment of the Initial Case Management Conference for at least sixty (60) days to a date convenient for the court, in order to allow the parties time to continue such early resolution discussions;

**WHEREAS**, this is the third stipulated request by the parties for a temporarily adjournment of the Initial Case Management Conference; and

**WHEREAS**, the parties' requested adjournment of the Initial Case Management Conference is not expected to impact the schedule for this case given that the case is in its infancy.

**IT IS HEREBY STIPULATED** by and between the parties that the Initial Case Management Conference be adjourned for at least sixty (60) days after April 4, 2024 to a date convenient for the court.

Dated: March 4, 2024                          **KALIELGOLD PLLC**

                                                     By: */s/ Sophia G. Gold*
                                                         JEFFREY D. KALIEL
                                                         SOPHIA G. GOLD
                                                         SCOTT EDELSBERG

                                                    Attorneys for Plaintiff


Dated: March 4, 2024                          **KING & SPALDING LLP**

                                                    By: */s/ Quyen L. Ta*
                                                         QUYEN L. TA
                                                         ALVIN LEE

                                                    Attorneys for Defendant
                                                    DISCORD INC.

**L.R. 5-1 ATTESTATION**

I, Quyen L. Ta, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/Quyen L. Ta*
            QUYEN L. TA