1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>                    Defendant. | Case No. 3:23-cv-05385-JSC<br><br>[~~PROPOSED~~] **ORDER TO TEMPORARILY ADJOURN INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2, 16-2)**<br><br>Complaint Filed:     October 20, 2023<br>Complaint Served:  November 29, 2023<br>Response Date:      March 25, 2024<br><br>Current Initial Case Management Conference Date:  April 4, 2024<br>New Initial Case Management Conference Date:     June 4, 2024 or later<br><br>**CLASS ACTION** |

The Court, having considered the Parties' Stipulation to Temporarily Adjourn Initial Case Management Conference, and finding good cause, therefore, hereby ORDERS that the Initial Case Management Conference is reset from March 4, 2024 to  June 6, 2024                             .

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 4, 2024          _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE