**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 280-4783
jkaliel@kalielpllc.com

**KALIELGOLD PLLC**
Sophia G. Gold (SBN 307971)
950 Gilman Street, Suite 200
Berkeley, CA 94710
Telephone: (202) 350-4783
sgold@kalielgold.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHEA ZHEA ZARECOR AS PERSONAL REPRESENTATIVE OF ZHEA ZARECOR SALAZAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No. 3:23-cv-05385-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Zhea Zhea Zarecor, as personal representative of Zhea Zarecor Salazar, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All Claims of Plaintiff, Plaintiff Zhea Zhea Zarecor, as personal representative of Zhea Zarecor Salazar, individually, are hereby dismissed with prejudice.

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

2.   All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

3.   Parties to bear their own costs.

Dated: June 26, 2024                **KALIELGOLD PLLC**

By */s/ Sophia Goren Gold*
Jeffrey D. Kaliel
Sophia Goren Gold

*Attorneys for Plaintiff and the Proposed Class*